

**In The**

# Fourteenth Court of Appeals

## NO. 14-24-00257-CV

**EMILY J. KELLY, Appellant**

**V.**

**CDPO SPRING MEADOWS LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1214946**

## MEMORANDUM OPINION

This appeal is from a judgment signed January 25, 2024. The clerk's record was filed April 10, 2024. The court reporter indicated on April 25, 2024 that appellant had not requested the reporter's record and the trial court had not ordered that the record be prepared. No brief was filed.

On May 16, 2024, we issued an order stating that unless appellant filed a brief on or before June 17, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Poissant